478 A.2d 76

Commonwealth v. Mulligan, Appellant.

Argued February 29, 1984. Russell J. Heiple, for appellant; Ralph F. Kraft, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.

478 A.2d 76

Commonwealth v. Nolan, Appellant.

Submitted April 16, 1984. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.